1 TIMOTHY COURCHAINE
United States Attorney
2 District of Arizona
Assistant U.S. Attorney
3 United States Courthouse
405 W. Congress Street, Suite 4800
4 Tucson, Arizona 85701
Telephone: 520-620-7300
5 Attorneys for Plaintiff

FILED ___ LODGED ___
RECEIVED ___ COPY ___

NOV 19 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 25-mj-03380-N/A |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF VIDEO DEPOSITION HEARING AS TO DATE, TIME AND LOCATION |
| Morgan Chaparro, | |
| Defendant. | |

PLEASE TAKE NOTICE that the video depositions of Brayan Alexander Choc-Hernandez and Juan Carlos Luque-Quinones are currently scheduled for Monday, December 15, 2025, starting at 1:00 p.m., in Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED November 19, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means dated, November 19, 2025 to:

All ECF Participants.